

**ON MOTION**

**ORDER**

Mylan Pharmaceuticals Inc. and Mylan Inc. move to dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

**Britt CRAIG, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2011–7196.**

United States Court of Appeals, Federal Circuit.

Dec. 6, 2011.

**ON MOTION**

**ORDER**

Britt Craig moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

**Jeffrey A. EARLES, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2011–7206.**

United States Court of Appeals, Federal Circuit.

Dec. 6, 2011.

**ON MOTION**

**ORDER**

Jeffrey A. Earles moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT: